**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Raymond Etheridge v. Northgate Vertical LP d/b/a Cressent North Point Apartments

Appellate case number:   01-21-00595-CV

Trial court case number: 1159899

Trial court:             County Civil Court at Law No. 4 of Harris County

On March 11, 2022, Appellant Raymond Ethridge filed a Motion to Correct the Reporter's Record. In his motion, Appellant asserts that on page 4, line 18 of the reporter's record of the August 3, 2021 hearing on Appellee Northgate Vertical LP d/b/a Cressent North Point Apartments' motion for summary judgment, a remark made by Appellee's counsel was attributed to Appellant's counsel in error. The context of the statement—specifically, the trial court's comments immediately before and after the statement— and the content of the statement indicate Appellant is correct. In addition, the certificate of conference in Appellant's motion indicates Appellee is unopposed to the motion to correct the reporter's record.

On April 7, 2022, Appellant and Appellee were ordered to advise the Court within seven days whether they will agree pursuant to Rule 34.6(e)(1)[1] to correct the identified error on page 4, line 18 of the reporter's record of the August 3, 2021 summary judgment hearing. On April 14, 2022, Appellant filed a letter indicating he will agree to the correction. Appellee did not timely respond to the Court's order.

Appellee is **ordered** within seven days of the date of this order to advise the Court whether it agrees to the identified correction in the reporter's record. Failure of Appellee to respond by the due date will be construed by this Court as Appellee's agreement to correct the

---

[1]     Texas Rule of Appellate Procedure 34.6(e)(1) states:

> Correction of Inaccuracies by Agreement. The parties may agree to correct an inaccuracy in the reporter's record, including an exhibit, without the court reporter's recertification.

TEX. R. APP. P. 34.6(e)(1).

error at issue pursuant to Rule 34.6(e)(1). Should that occur, the reporter's record will be deemed corrected as of April 28, 2022.

It is so ORDERED.


Judge's signature: /s/ Veronica Rivas-Molloy
                              Acting individually


Date:  April 21, 2022